# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA

Carlton Kearney,

          Plaintiff,

v.

Central Credit Services, Inc.,

          Defendant.

Civil Action No.: 5:14-cv-00267-D

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to dismiss the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Central Credit Services, Inc. with prejudice and without costs or fees to any party.

| Carlton Kearney | Central Credit Services, Inc. |
|---|---|
| /s/ Ruth M. Allen | /s/ Amy L. Rich |
| Ruth M. Allen, Esq.<br>Bar Number: 34739<br>7413 Six Forks Road, Suite 326<br>Raleigh NC 27615<br>Telephone: (855) 301-2100 Ext. 5536<br>Facsimile: (888) 953-6237<br>Email: rallen@lemberglaw.com<br>Attorney for Plaintiff | Amy L. Rich<br>Doughton Rich Blanacto PLLC<br>633 West Fourth Street, Suite 150<br>Winston-Salem, NC 27101<br>(336) 725-9416<br>Attorney for Defendant |

SO ORDERED. This 13 day of February 2015.

                                            JAMES C. DEVER III
                                            Chief United States District Judge